**IT IS ORDERED as set forth below:**



Date:  April 16, 2014

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| 1.  IN RE: Sueann Rogers | } | Case No:14-10056 |
| Debtor | } | Chapter 7 |
| Sueann Rogers | } | |
| Movant | } | Judge W.H. Drake |
| v. | } | |
| 1st Franklin Financial | } | |
| Respondent | } | |

### ORDER

Before the Court is the Motion to Avoid Lien("the Motion") of the above- named debtor(s), as provided by 11 U.S.C. §522(f) and Federal Rule of Bankruptcy Procedure 4003(d). The respondent has not filed a response; thus, this Motion is deemed to be unopposed.  See BLR 6008-2, N.D. Ga.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien(s) held by the Respondent upon exempt property of the above-named Movant Debtor is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The clerk is directed to serve a copy of this Order upon Movant, Respondent, and their respective counsel.

### END OF DOCUMENT

Prepared by:

/s/ Gina Karrh
Gina Karrh, Bar #4083

H. Brooks Cotten
5 Jackson Street
Newnan, Ga 30263

Griffin Howell III
Chapter 7 Trustee
127 ½ East Solomon Street
P.O. Box 551
Griffin GA 30224

1st Franklin Financial
c\o Barbara Martin mgr
P.O. Box 279
Villarica Ga 30180